NUMBER 13-05-269-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

GUSTAVO CALLES ENRIQUEZ A/K/A JOSE JUAN 
HERNANDEZ-GARCIA AND GUADALUPE OLVERA, III,         Appellants,

v.

THE STATE OF TEXAS,                                                      Appellee.
___________________________________________________________________

On appeal from County Court at Law No. 2
of Cameron County, Texas
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Castillo, and Garza
Memorandum Opinion Per Curiam

         Appellants, GUSTAVO CALLES ENRIQUEZ A/K/A JOSE JUAN HERNANDEZ-GARCIA AND GUADALUPE OLVERA, III, attempted to perfect an appeal from a
judgment entered by County Court at Law No. 2 of Cameron County, Texas, in cause
number 2004-CCL-701-B. Judgment in this cause was signed on October 4, 2004. 
A timely motion for new trial was filed on October 15, 2004. Pursuant to Tex. R.
App. P. 26.1, appellants’ notice of appeal was due on January 3, 2005, but was not
filed until March 4, 2005. 
         Notice of this defect was given so that steps could be taken to correct the
defect, if it could be done. Appellants were advised that, if the defect was not
corrected within ten days from the date of receipt of this Court’s letter, the appeal
would be dismissed. Appellants’ response was received on May 4, 2005; however,
said response fails to correct the defect or show the jurisdiction of this Court.
         The Court, having examined and fully considered the documents on file,
appellants’ failure to timely perfect his appeal, and appellants’ failure to correct the
defect, is of the opinion that the appeal should be dismissed for want of jurisdiction. 
The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.
                                                               PER CURIAM


Memorandum Opinion delivered and filed this
the 19th day of May, 2005.